IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02291-WDM-BNB

JEFF R. THOMAS, and
STEVEN J. GODSEY,

Plaintiffs,

v.

COMMUNICATION TECHNOLOGY SERVICES, LLC,

Defendant.
_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

     This matter is before the Court on the **Defendant's Unopposed Motion to Vacate Settlement Conference** [docket no. 24, filed August 28, 2007] (the "Motion").

     IT IS ORDERED that the Motion is GRANTED and the Settlement Conference set for September 5, 2007, is VACATED, to be reset upon the request of the parties.

DATED:  August 28, 2007